AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendant Kim Adamson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY D. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>Q. BYRNE, et al.,<br>    Defendants. | Case No. 3:17-cv-00009-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Jeremy Garcia, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Jeremy Garcia, Plaintiff
*Pro Se*

Dated: 5-31-19

AARON D. FORD
Attorney General

By: _____
Dennis W. Hough NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 6/4/19

**IT IS SO ORDERED.**

_____
U.S. ~~MAGISTRATE~~ JUDGE

**DATED:** June 5, 2019

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of June, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Jeremy Garcia, #72570
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Paula M. Hernandez*
An employee of the Office
of the Attorney General

2